MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Jun 23, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

United States of America,

               Plaintiff,

   v.

AHMAAD AKHTAR,

          Defendant.

CASE NO.   2:25-mj-0097 AC

SEALING ORDER

**UNDER SEAL**

## S E A L I N G   O R D E R

    Upon Application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated:   June 23, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE