1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
   Megan_Hopkins@fd.org
5
   Counsel for Appellant
6  AMMAAD AKHTAR

7

8

9           UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, | No. Cr. 2:25-cr-00153-DC
13 |         Plaintiff,        | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**
14 |    v.                     |
15 | AMMAAD AKHTAR,            | Date: October 3, 2025
                                 Time: 9:30 AM
                                 Judge: Honorable Dena Coggins
16 |         Defendant.        |

17
        IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney,
18
   through Elliot Wong, Assistant United States Attorney, attorneys for Plaintiff, and Heather
19
   Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, attorneys for
20
   Defendant Ammaad Akhtar, that the status conference currently scheduled for October 3, 2025,
21
   be continued to November 7, 2025, at 9:30 a.m.
22
        This request is made to permit the parties sufficient time to complete the exchange of
23
   initial discovery and more accurately estimate the timeline for next steps in the case. The
24
   government estimates providing the defense with additional native-file discovery within the next
25
   three weeks, and has provided the defense with a proffer as to what that discovery contains. The
26
   defense anticipates requesting additional time to review the discovery once it is received, and can
   better estimate the time needed at or before the November 7, 2025, status conference.
27

28

Based on the foregoing the parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time through November 7, 2025, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

Dated:  September 25, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
AMMAAD AKHTAR

Dated:  September 25, 2025

ERIC GRANT
United States Attorney

*/s/ Elliot Wong*
ELLIOT WONG
Assistant United States Attorney
Attorney for Plaintiff

2

**ORDER**

The court, having received, read and considered the parties' stipulation filed on September 25, 2026, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for October 3, 2025, is VACATED and RESET for November 7, 2025 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between October 3, 2025 and November 7, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 26, 2025**

_____
Dena Coggins
United States District Judge

3