HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
AMMAAD AKHTAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:25-CR-00153-DC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROSPOSED] ORDER |
| vs. | |
| AMMAAD AKHTAR, | Date:   January 23, 2026<br>Time:   9:30 a.m.<br>Judge: Honorable Dena Coggins |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Elliot Wong, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ammaad Akhtar, that the status conference scheduled for January 23, 2026, 2023, at 9:30 a.m. be continued to **April 17, 2026 at 9:30 a.m.**

The defense requires additional time to complete discovery review and investigation due to, in part, delays related to the government shutdown and limited availability of certain experts retained by the defense. The defense hopes and intends to be prepared to either enter a change of plea or set this matter for trial on the April 17, 2026 hearing. The parties believe a continuance by stipulation is appropriate for judicial economy and because the continuance is supported by good cause.

Accordingly, it is the request of the parties that this matter be continued to April

Stipulation to Continue Status Conference        -1-

17, 2026 for a further status conference in this matter. The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial, and that time is excludable from January 23, 2026, to April 17, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: January 20, 2026                                          Respectfully submitted,

                                                                 HEATHER E. WILLIAMS
                                                                 Federal Public Defender

                                                                 */s/ Megan T. Hopkins*
                                                                 MEGAN T. HOPKINS
                                                                 Assistant Federal Defender
                                                                 Attorney for Defendant
                                                                 AMMAAD AKHTAR


                                                                 ERIC GRANT
                                                                 United States Attorney

DATED:  January 20, 2025                                          */s/ Elliot Wong*
                                                                 ELLIOT WONG
                                                                 Assistant United States Attorney
                                                                 Attorney for Plaintiff

Stipulation to Continue Status Conference                -2-

# **O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 20, 2026, and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for January 23, 2026, is VACATED and RESET for April 17, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 23, 2026 and April 17, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 21, 2026**

_____
Dena Coggins
United States District Judge

Stipulation to Continue Status Conference                    -3-