ERIC GRANT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

RYAN D. WHITE
Trial Attorney
National Security Division
Counterterrorism Section

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-153-DC |
| Plaintiff, | ORDER APPOINTING CLASSIFIED INFORMATION SECURITY OFFICER PURSUANT TO TITLE 18 U.S.C. APP. III (CIPA) SECTION 9 |
| v. | |
| AMMAAD AKHTAR, | |
| Defendant. | |

The United States of America, having applied for the appointment of a Classified Information Security Officer and alternates pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States Supreme Court, it is hereby ORDERED AND DECREED that the application is GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, that the Court

1

designates Winfield S. "Scooter" Slade as the Classified Information Security Officer in this case.

It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Slade is not available: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker. It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

IT IS SO ORDERED.

Dated:    **April 15, 2026**

Dena Coggins
United States District Judge

2