ERIC GRANT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

RYAN D. WHITE
Trial Attorney
National Security Division
Counterterrorism Section

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>AMMAAD AKHTAR,<br><br>               Defendant. | CASE NO. 2:25-CR-00153-DC<br><br>STIPULATION AND ORDER TO SET TRIAL AND EXCLUDE TIME<br><br>DATE: April 17, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through its counsel of record, and Defendant Ammaad Akhtar, by and through his counsel of record, as follows:

1. This matter is currently scheduled for a status conference before this Court on April 17, 2026 at 9:30 a.m.

2. Defendant requests that this matter be set for a jury trial. The United States anticipates that trial will last one week. The parties have met and conferred and request that the Court set trial to begin on **November 9, 2026**, and to exclude time between April 17, 2026 and November 9, 2026, under Local Code T4.

3. The parties further agree to the following pretrial dates and deadlines:

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE

1

    a. Classified Information Procedure Act ("CIPA") section 4 deadline: August 14, 2026

    b. Rule 12 motion deadline: July 17, 2026

    c. Opposition to Rule 12 motion(s): July 31, 2026

    d. Optional reply to Rule 12 opposition(s): August 14, 2026

    e. Rule 12 motion hearing: August 21, 2026 at 9:30 a.m.

    f. Trial confirmation hearing: September 18, 2026 at 9:30 a.m.

4. The government has represented that the discovery associated with this case includes over 2,600 pages of documents, including video and electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

5. Defense counsel will need additional time to conduct pretrial investigation, review discovery, identify and interview witnesses, obtain pertinent records, and otherwise prepare for trial.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2026 to November 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 13, 2026

ERIC GRANT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE

2

Dated:  April 13, 2026

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
Counsel for Defendant
AMMAAD AKTAR

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE

3

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on April 13, 2026, and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for April 17, 2026, is VACATED, and the following trial schedule is SET: a Trial Confirmation Hearing is SET for September 16, 2026 (opposed to September 18, 2026) at 9:30 a.m., and a Jury Trial is SET for November 9, 2026, at 9:00 a.m. It is FURTHER ORDERED the Classified Information Procedure Act ("CIPA") section 4 deadline is set for August 14, 2026 and Rule 12 Motions shall be filed no later than July 17, 2026, and be noticed for hearing on August 21, 2026, at 9:30 a.m., with Oppositions to be filed by July 31, 2026, and optional Replies to be filed by August 14, 2026. All hearings will be held in Courtroom 10 before the Honorable Dena M. Coggins. The time period between April 17, 2026 and November 9, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 15, 2026**                    _____

Dena Coggins
United States District Judge