ERIC GRANT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

RYAN D. WHITE
Trial Attorney
National Security Division
Counterterrorism Section

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00153-DC |
| Plaintiff, | STIPULATION AND ORDER TO RESET TRIAL DATE AND EXCLUDE TIME |
| v. | DATE: November 9, 2026 |
| AMMAAD AKHTAR, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dena Coggins |

STIPULATION AND ORDER TO RESET TRIAL DATE AND
EXCLUDE TIME

1

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through its counsel of record, and Defendant Ammaad Akhtar, by and through his counsel of record, as follows:

1. This matter is currently scheduled for a trial to begin on November 9, 2026.  A trial confirmation hearing is also currently scheduled for September 16, 2026 at 9:30 a.m.

2. Due to a scheduling conflict with the Court's calendar, the parties have met and conferred and request that the Court reset the trial to begin on **December 7, 2026**, and to exclude time between November 9, 2026 and December 7, 2026, under Local Code T4.

3. The parties further request that the Court reset the trial confirmation hearing date to **October 16, 2026**, at 9:30 a.m.

4. The previously set pretrial motions deadlines, briefing schedules, and motion hearing dates, shall remain unchanged.  As previously set, these are:

    a.  Classified Information Procedure Act ("CIPA") section 4 deadline: August 14, 2026

    b.  Rule 12 motion deadline: July 17, 2026

    c.  Opposition to Rule 12 motion(s): July 31, 2026

    d.  Optional reply to Rule 12 opposition(s): August 14, 2026

    e.  Rule 12 motion hearing: August 21, 2026 at 9:30 a.m.

5. The government has represented that the discovery associated with this case includes over 2,600 pages of documents, including video and electronic devices.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

6. Defense counsel will need additional time to conduct pretrial investigation, review discovery, identify and interview witnesses, obtain pertinent records, and otherwise prepare for trial.

7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2026 to December 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 17, 2026

ERIC GRANT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated:  June 17, 2026

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
Counsel for Defendant
AMMAAD AKTAR

STIPULATION AND ORDER TO RESET TRIAL DATE AND
EXCLUDE TIME

3

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 22, 2026 (Doc. No. 37), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the September 16, 2026 Trial Confirmation Hearing and the November 9, 2026 Jury Trial are VACATED and RESET as follows:  The Trial Confirmation Hearing is now set for October 16, 2026 at 9:30 a.m. and the Jury Trial is now set for December 7, 2026 at 9:00 AM.  Both hearings will be held in Courtroom 10 before the Honorable Dena M. Coggins. The previously set pretrial motions deadlines, briefing schedules, and motion hearing dates remain unchanged. The time period between November 9, 2026 and December 7, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 23, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND ORDER TO RESET TRIAL DATE AND EXCLUDE TIME

4