Megan T. Hopkins, Bar No. 294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Tel: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
AMMAAD AKHTAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AMMAAD AKHTAR,<br>Defendant. | Case No. 2:25-cr-00153-DC<br>**SEALING ORDER**<br>Judge: Hon. Dena Coggins |

IT IS HEREBY ORDERED, the court having received, read and considered the Defendant's Request to Seal filed on August 25, 2026 (Doc. No. 41), and good cause appearing therefrom, APPROVES the Defendant's Request. Accordingly, the court ORDERS the Defendant's *Ex Parte* Request for Second Counsel and Declaration of Megan T. Hopkins in Support thereof, totaling 6 pages, shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: **September 14, 2026**

Dena Coggins
United States District Judge