Megan T. Hopkins, Bar No. 294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Tel: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
AMMAAD AKHTAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AMMAAD AKHTAR, Defendant. | Case No. 2:25-cr-00153-DC<br>**ORDER APPOINTING SECOND COUNSEL**<br>Judge: Hon. Dena Coggins |

IT IS HEREBY ORDERED, the court, having received, read and considered the Defendant's *Ex Parte* Request for Second Counsel and Declaration of Megan T. Hopkins in Support thereof filed on August 25, 2025, and good cause appearing therefrom, APPROVES the Defendant's Request. Accordingly, Attorney Timothy Zindel is APPOINTED as co-counsel in this matter pursuant to CJA guideline § 220.10.

IT IS SO ORDERED.

Dated: **September 14, 2026**

Dena Coggins
United States District Judge