MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 Second Street, Second Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Fax: 916-441-4299

Attorney for Defendant
AMMAAD AKHTAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMMAAD AKHTAR,<br><br>Defendant. | Case No. 2:25-cr-00153-DC<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND AMEND SCHEDULE FOR MOTIONS *IN LIMINE*<br><br>Judge: Hon. Dena Coggins<br>Date: October 16, 2026<br>Time: 9:30 a.m. |

Ammaad Akhtar, by and through his attorneys of record, Megan T. Hopkins and Tim Zindel, and the UNITED STATES, by and through its attorneys of record, Elliot Wong and Charles Campbell, hereby stipulate to and request an order from this Court continuing the trial confirmation hearing (TCH) in this matter from October 16, 2026, at 9:30 a.m. to October 30, 2026, at 9:30 a.m., and modifying the schedule for motions *in limine* as follows:

Motions *In Limine* due: October 23, 2026

Oppositions due: October 28, 2026

Motions hearing date to be determined, if necessary, at the TCH.

The reason for the continuance is to provide sufficient time for defense counsel to travel to the detention facility at Taft, CA to facilitate an in-person meeting with Mr. Akhtar, and to confer with the government regarding any motions *in limine* which may be resolvable by stipulation, prior to the filing deadline. The parties have determined that October 30, 2026, is a

mutually convenient date for the hearing, where the Court is already holding a criminal calendar. The government does not object to the continuance, based upon the reasons stated above.

Based upon the foregoing, the parties request that this matter be continued for TCH on October 30, 2026, at 9:30 a.m., and that the schedule for motions *in limine* be modified as set forth above.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
TIM ZINDEL
Attorneys for Defendant
AMMAAD AKHTAR

ERIC GRANT
United States Attorney

DATED: October 14, 2026

*/s/ Elliot Wong*
ELLIOT WONG
CHARLES CAMPBELL
Assistant United States Attorneys
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 14, 2026 (Doc. No. 46), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Trial Confirmation Hearing set for October 16, 2026, is VACATED and RESET for October 30, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS FURTHER ORDERED that the Motions *in Limine* briefing schedule is MODIFIED as follows: Any Motions *in Limine* shall be filed by October 23, 2026, with all Oppositions or Statements of Non-Oppositions filed by October 28, 2026. A hearing on the Motions *in Limine*, if necessary, will be determined by the court after discussion with the parties during the Trial Confirmation Hearing.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dena Coggins
United States District Judge