ERIC GRANT
United States Attorney
ELLIOT C. WONG
CHARLES CAMPBELL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

RYAN D. WHITE
Trial Attorney
National Security Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 514-8714

Attorneys for Plaintiff
United States of America

FILED

OCT 16 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AMMAAD AKHTAR,<br>Defendant. | CASE NO. 2:25-CR-153-DC<br>PROTECTIVE ORDER |

This matter is before the Court on the Government's Classified *In Camera, Ex Parte,* Under Seal Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Federal Rule of Criminal Procedure ("Rule") 16(d)(1), filed on August 14, 2026 ("Government's Section 4 Filing").

The Court has reviewed the Government's Section 4 Filing, CIPA, Rule 16(d), as well as *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States,* 405 U.S. 150 (1972), and their progeny, and the Jencks Act, 18 U.S.C. § 3500. Having considered the Government's Section 4 Filing, including the accompanying declarations, the Court **GRANTS** the motion made in the Government's Section 4 Filing.

The Court finds that the Government's Section 4 Filing was properly filed *ex parte* and *in camera* for this Court's Review pursuant to CIPA Section 4 and Rule 16(d)(1).

On the basis of the Court's independent review of the Government's Section 4 Filing and the accompanying materials, the Court finds that the Government has made a sufficient showing that the information at issue was classified pursuant to Executive Order 13526 and its predecessors, and that its disclosure could cause serious damage to the national security of the United States. The Court further finds that the Government properly invoked the state secrets privilege through the declaration of a department head and properly invoked the provisions of CIPA and its classified information privilege through the filing of a declaration from an official with original classification authority from the relevant agency or agencies.

Accordingly, it is:

**ORDERED** that the Government's motion for a protective order in the Government's Section 4 Filing is hereby granted; and it is further,

**ORDERED** that the Government's Section 4 Filing and all accompanying materials are hereby sealed, and shall remained preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, to be made available to the appellate court in the event of an appeal.

IT IS SO ORDERED, this 14 day of October, 2026.

HON. DENA COGGINS
UNITED STATES DISTRICT JUDGE